UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

WILLIAM ORTIZ,

        Petitioner,    :   Civil No. 10-4174 (RMB)

    v.

DONNA ZICKEFOOSE,    :   **ORDER**
    :   **(CLOSED)**

        Respondent.

    For the reasons set forth in the accompanying Opinion filed on this date,

    IT IS on this **3rd** day of **May 2011**,

    **ORDERED** that the Petition for a Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241 is hereby DENIED; and it is further

    **ORDERED** that the Clerk of the Court shall mark this matter closed.

                                             s/Renée Marie Bumb
                                             Renée Marie Bumb
                                             United States District Judge